616 A.2d 923

IN THE MATTER OF MARC K. BONDS, AN ATTORNEY AT LAW.

December 17, 1992.

## ORDER

MARC K. BONDS of JERSEY CITY having been ordered to show cause on December 1, 1992, why he should not be immediately temporarily suspended from the practice of law for failure to comply with a fee award made by the District VI Fee Arbitration Committee, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that MARC K. BONDS of JERSEY CITY is suspended from the practice of law, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.